# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Alexander WF, LLC, a Colorado Limited Liability Company, | )<br>)<br>) |
| Plaintiff, | ) **ORDER RE ADMISSION**<br>) **PRO HAC VICE** |
| vs. | )<br>) |
| Robert T. Hanlon, Brent Schroeder, Karen Schroeder, Schroeder Western Investments, LLC, an Illinois Limited Liability Company, Lewis and Clark Expedition LLC, an Illinois Limited Liability Company, and Schroeder Asphalt Services, Inc., an Illinois Corporation, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) Case No. 4:14-068<br>) |

Before the court is a motion for attorney Eric D. Musselman to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Eric D. Musselman has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 17) is **GRANTED**. Attorney Eric D. Musselman is admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 4th day of August, 2014.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr.
                                                        United States Magistrate Judge