# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Alexander WF, LLC, a Colorado Limited Liability Company, ) ) ) | |
| Plaintiff, ) ) | **ORDER EXTENDING TIME TO ANSWER** |
| vs. ) ) | |
| Lewis and Clark Expedition LLC, an Illinois Limited Liability Company, and Schroeder Asphalt Services, Inc., an Illinois Corporation, ) ) ) ) ) | |
| Defendants. ) ) | Case No. 4:14-cv-068 |

On March 20, 2015, the court held a telephonic scheduling conference in the above-captioned case. Attorneys Eric D. Musselman and Benjamin E. Thomas appeared on Plaintiff's behalf. Attorney Robert T. Hanlon appeared on Defendants' behalf.

During the call, counsel for Plaintiff noted that Defendants have not filed an answer. The parties then agreed that Defendants would file an answer within seven (7) days. Accordingly, the court **ORDERS** that Defendants Lewis and Clark Expedition LLC and Schroeder Asphalt Services, Inc., shall have until March 27, 2015 to file an Answer to Plaintiff's Amended Complaint.

Dated this 20th day of March, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court